**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**DERRICK JEROME ALLEN**                    **DOCKET NO. 2:26-cv-00332**
                                                              **SECTION P**

**VERSUS**                                              **JUDGE JAMES D. CAIN, JR.**

**GARY E. WESTCOTT, ET AL**            **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be **DISMISSED WITH PREJUDICE** and all other pending Motions are **DENIED** as **MOOT**.

**THUS DONE AND SIGNED** in chambers this 8th day of July, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**